# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ESCO GROUP LLC,**<br><br>      Plaintiff,<br><br>      v.<br><br>**DEERE & COMPANY,**<br><br>      Defendant. | C.A. No. 1:20-cv-01679-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 28th day of July, 2021, copies of Defendant Deere & Company's Initial Disclosures Pursuant to the Default Standard for Discovery, Including Discovery of Electronically Stored Information were served via electronic mail on the following counsel of record:

| | |
|---|---|
| John W. Shaw, Esq.<br>Karen E. Keller, Esq.<br>Nathan R. Hoeschen, Esq.<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com | Brian D. Sieve, Esq.<br>Paul D. Collier, Esq.<br>Jeremy D. Roux, Esq.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br>bsieve@kirkland.com<br>pcollier@kirkland.com<br>jeremy.roux@kirkland.com |

-2-

                                              */s/ Charles E. Davis*
                                              James D. Taylor, Jr. (#4009)
                                              Charles E. Davis (#6402)
                                              SAUL EWING ARNSTEIN & LEHR LLP
                                              1201 N. Market Street, Suite 2300
                                              Wilmington, Delaware 19801
                                              (302) 421-6800
                                              james.taylor@saul.com
                                              chad.davis@saul.com

                                              *Attorneys for Defendant DEERE & COMPANY*

OF COUNSEL:

John F. Bennett (admitted *pro hac vice*)
Paul M. Ulrich (admitted *pro hac vice*)
Paul J. Linden (admitted *pro hac vice*)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000
jbennett@ulmer.com
pulrich@ulmer.com
plinden@ulmer.com

Dated: July 28, 2021