IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESCO GROUP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 20-1679-RGA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| DEERE & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT INTERIM STATUS REPORT**

Pursuant to the case Scheduling Order (D.I. 24, ¶ 15), Plaintiff ESCO Group LLC ("ESCO") and Defendant Deere & Company ("Deere") jointly submit this interim status report.

**1. NATURE OF THE MATTERS AT ISSUE**

ESCO filed this action against Deere for patent infringement on December 10, 2020; ESCO subsequently filed its First Amended Complaint on April 7, 2021. (D.I. 1, 11.) ESCO alleges infringement of U.S. Patent Nos. 10,273,662 (the "'662 patent) and 8,844,175 (the "'175 patent"). The '662 and '175 patents, broadly stated, involve technology related to wear assemblies and wear members for excavating. ESCO's complaint accuses Deere's TK Series Tooth products of infringement. Deere filed its Answer and Counterclaim on May 12, 2021. (D.I. 15.) Deere asserts, *inter alia*, defenses of invalidity and non-infringement. ESCO served initial infringement contentions on September 17, 2021 (D.I. 36), and Deere served initial invalidity contentions on October 12, 2021 (D.I. 38).

**2. PROGRESS OF DISCOVERY**

Fact discovery is ongoing, with each party having both served and responded to interrogatories and requests for production of documents. The current deadline for substantial completion of document production is March 1, 2022, and the close of fact discovery is currently

set for October 18, 2022. (D.I. 24, ¶ 8.) The parties have been working to resolve the discovery disputes that have arisen to date. To the extent that the parties are unable to reach resolution on any disputes, current or future, the parties will employ the Courts discovery dispute procedure. No depositions have currently been noticed. The parties have a mediation that is currently scheduled to take place on November 17, 2021.

Dated: October 18, 2021

/s/ *Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:

Brian D. Sieve, P.C.
Paul D. Collier
Jeremy D. Roux
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
*Counsel for Plaintiff ESCO Group LLC*

Respectfully submitted,

*/s/ Charles E. Davis*
James D. Taylor, Jr. (#4009)
Charles E. Davis (#6402)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
(302) 421-6800
james.taylor@saul.com
chad.davis@saul.com

OF COUNSEL:

John F. Bennett (admitted pro hac vice)
Paul M. Ulrich (admitted pro hac vice)
Paul J. Linden (admitted pro hac vice)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000
*Counsel for Defendant Deere & Company*