IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESCO GROUP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:20-1679-RGA-JLH |
| v. | ) |
| | ) |
| DEERE & COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT CLAIM CONSTRUCTION APPENDIX**

Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com


OF COUNSEL:

Brian D. Sieve, P.C.
Paul D. Collier
Jeremy D. Roux
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Counsel for Plaintiff ESCO Group LLC*

James D. Taylor, Jr. (#4009)
Charles E. Davis (#6402)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
(302) 421-6800
james.taylor@saul.com
chad.davis@saul.com

OF COUNSEL:

John F. Bennett (admitted pro hac vice)
Paul M. Ulrich (admitted pro hac vice)
Paul J. Linden (admitted pro hac vice)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000

*Counsel for Defendant Deere & Company*

| Exhibit | Document |
|---|---|
| 1 | Petition for *Inter Partes* Review of US Patent No. 10,273,662 |
| 2 | Declaration of Elliot L. Stern, Ph.D. In Support of Defendant's Answering Claim Construction Brief |
| 3 | Declaration of Ky Holland In Support of ESCO's Reply Claim Construction Brief |
| 4 | Declaration of Elliot L. Stern, Ph.D. In Support of Defendant's Sur-Reply Claim Construction Brief |

/s/ *Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com


OF COUNSEL:

Brian D. Sieve, P.C.
Paul D. Collier
Jeremy D. Roux
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
*Counsel for Plaintiff ESCO Group LLC*

/s/ *Charles E. Davis*
James D. Taylor, Jr. (#4009)
Charles E. Davis (#6402)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
(302) 421-6800
james.taylor@saul.com
chad.davis@saul.com

OF COUNSEL:

John F. Bennett (admitted pro hac vice)
Paul M. Ulrich (admitted pro hac vice)
Paul J. Linden (admitted pro hac vice)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000



*Counsel for Defendant Deere & Company*