

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

February 11, 2022

**VIA CM/ECF & HAND DELIVERY**
The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   ESCO Group LLC v. Deere & Company, C.A. No. 20-1679-RGA-JLH

Dear Magistrate Judge Hall:

Pursuant to Paragraph 13 of the Scheduling Order (D.I. 24), the parties submit this joint letter regarding the claim construction hearing scheduled March 4, 2022 at 1:00 p.m.

Plaintiff respectfully requests 2 hours to be allocated for the hearing, with the time split equally between the parties. Defendant respectfully requests 3 hours to be allocated to the hearing, with the time split equally between the parties.

Neither party requests leave to present testimony at the hearing.

Respectfully submitted

*/s/ Nathan R. Hoeschen*

Nathan R. Hoeschen (No. 6232)

cc:   Clerk of the Court (via CM/ECF and hand delivery)
    All Counsel of Record (via CM/ECF and e-mail)