IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESCO GROUP LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 20-1679-WCB-MPT |
| | § | |
| DEERE & COMPANY, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

This case was originally set to proceed to trial during the week of September 18, 2023. In light of Chief Judge Connolly's April 11, 2023, order canceling court proceedings on September 21 and 22, 2023, I canceled the scheduled trial date and asked the parties to propose alternative dates on which the parties would be available. Dkt. No. 215. Before the parties submitted their proposed dates, I also canceled the pretrial conference and the hearing on the parties' dispositive and *Daubert* motions. Dkt. No. 227. On May 3, 2023, the parties notified the court via email of their availability for trial.

In light of the parties' submissions, a five-day jury trial will be held in this case beginning at 9:00 a.m. on April 8, 2024, with each subsequent trial day beginning at 9:00 a.m. The trial will be timed, with each party being given 11 hours to present its case. The pretrial conference and the argument on the pending dispositive and *Daubert* motions will be held on dates to be determined.

IT IS SO ORDERED.

SIGNED this 3rd day of May, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

2