# EXHIBIT O

HIGHLY CONFIDENTIAL

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF DELAWARE

3                    *   *   *

4    ESCO GROUP LLC,

5          Plaintiff,

6        vs.                    CASE NO. 20-1679-RGA

7    DEERE & COMPANY,

8          Defendant.

9                    *   *   *

10        Remote video-taped deposition of

11   CHRISTOPHER M. CARPENTER, Witness herein, called

12   by the Defendant for cross-examination pursuant to

13   the Rules of Civil Procedure, taken before me,

14   Kathy S. Wysong, a Notary Public in and for the

15   State of Ohio, at 11617 Helvetia Road, Hillsboro,

16   Oregon, on Monday, December 5, 2022, at 11:04 a.m.

17                    *   *   *

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 4

```
1   APPEARANCES:
2      On behalf of the Plaintiff:
3          Kirkland & Ellis LLP
4      By:  Jeremy D. Roux
            Attorney at Law
5          300 North LaSalle
           Chicago, Illinois  60654
6          312-862-2000
           jeremy.roux@kirkland.com
7
       On behalf of the Defendant:
8
           Ulmer & Berne LLP
9
       By:  Paul J. Linden
10          Paul M. Ulrich
            Ava M. Abner
11          Attorneys at Law
            312 Walnut Street
12          Suite 1400
            Cincinnati, Ohio  45202
13          513-698-5000
            plinden@ulmer.com
14          pulrich@ulmer
            aabner@ulmer.com
15
    ALSO PRESENT:
16
            Chinyere Woods, Concierge
17          Jim Winslow, Videographer
18                  *   *   *
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 183

1    the media -- the mold media, the core box media

2    that can withstand the temperatures of steel

3    when you cast -- when you power molten metal

4    in.

5              You need to create those

6    impressions by pulling it out of a tool, either

7    a core box or a mold or off of a pattern, and

8    you need what's called draft in order to get it

9    out.  So if you have -- if you have perfectly

10   parallel sides, it's unlikely that you, first

11   of all, get the tool out of the mold for the

12   tool.  So you -- there's pretty typical pattern

13   making draft that is anywhere from one to five

14   degrees that's put on parts, depending on the

15   process and the tool, et cetera.

16             So just to be able to cast these

17   parts, you need to have some element of draft

18   to make them.  So that naturally puts a

19   nonparallel constraint on the geometry.

20             The other thing that -- the other

21   thing that happens, and it's probably not too

22   dissimilar from that, is that in the field, if

23   you've got any gap, those are going to fill

24   with fines, and it's discussed there.

25             Q.   What is fines?