

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

July 17, 2023

**VIA CM/ECF**
The Honorable William C. Bryson
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

   Re: *ESCO Group LLC v. Deere & Company*, C.A. No. 20-1679-WCB

Dear Judge Bryson:

  I write on behalf of the parties, Plaintiff ESCO Group LLC ("ESCO") and Defendant Deere & Company ("Deere") in the above-referenced matter. Pursuant to the Court's sealed Order, (D.I. 289), please find attached the parties' proposed redactions to that Order.

  The proposed redactions are limited to profit margin information. This Court previously held that discussion of the parties' profit margin information may remain under seal. (D.I. 283.) That holding is consistent with other courts in the Third Circuit. *See e.g. SI Handling Sys., Inc. v. Heisley*, 753 F.2d 1244 (3d Cir. 1985); *Amgen Inc. v. Amneal Pharmaceuticals LLC*, C.A. No. 16-853-MSG, 2021 WL 4133516, at *1-3 (D. Del. Sept. 10, 2021) ("Courts have repeatedly protected from disclosure financial data showing pricing, costs, sales revenue, and profits where it could place movants at a competitive disadvantage.") (citations omitted); *Insight Equity AP X LP v. Transitions Optical Inc.*, C.A. No. 10-635-RGA, 2016 WL 7477751, at *2 (D. Del. Dec. 29, 2016); *Mosaid Techs. Inc. v. LSI Corp.*, 878 F. Supp. 2d 503, 510 (D. Del. 2012).

  Counsel is available at the Court's convenience.

            Respectfully submitted,

            */s/ Nathan R. Hoeschen*

            Nathan R. Hoeschen (No. 6232)

cc: Clerk of the Court (by CM/ECF and Hand Delivery)
   All Counsel of Record (by CM/ECF and Email)