IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESCO GROUP LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 20-1679-WCB |
| DEERE & COMPANY, | § § § | |
| *Defendant*. | § § § | |

**REVISED SCHEDULING ORDER**

This order supplements the previous scheduling order in this case, Dkt. No. 24.

With respect to the exhibits the parties intend to offer at trial, the court will endeavor to resolve most, if not all, questions of admissibility in advance of the trial. The court notes that it is a common practice for parties in patent cases to include in the proposed joint pretrial order a huge number of exhibits and for each party to object to a large percentage of the opposing party's exhibits. That exercise is counterproductive. It offers very few benefits and tends to create significant additional work for the parties and for the court. It also results in requiring decisions regarding admissibility to be made during trial when such decisions must be made quickly and when arguments over admissibility consume valuable trial time. With these considerations in mind, the court directs the parties to comply with the following procedure.

1. In their proposals relating to the joint pretrial order and in the meet and confer on the joint pretrial order, each party is directed to include only those exhibits it believes it will actually offer at trial; each party is also directed to reduce the number of its objections to those it seriously intends to press at trial. The parties will also exchange deposition designations and be prepared to discuss any disputes over deposition designations at the conference with the court.

2. In the event that there are more than 25 remaining disputes over the admissibility of the trial exhibits and deposition designations after the parties meet and confer, I will conduct an off-the-record conference with counsel for both parties on March 11, 2024, in my chambers in Washington, D.C. Lead trial counsel for each party will be required to attend. Delaware counsel will not be required to attend. The purpose of the meeting will be to resolve the admissibility of the remaining disputed exhibits prior to trial so as not to consume either party's trial time with disputes over the admissibility of exhibits. The meeting will continue for as long as it takes to resolve those disputes. I will then enter an order indicating which exhibits have been pre-qualified for admission at trial. I expect both parties to act in good faith in making this process work. If I conclude that either party is uncooperative in submitting a realistic proposed exhibit list, I will impose a limit on the number of exhibits that party may admit at trial.

3. If there are 25 or fewer remaining disputes over the admissibility of the trial exhibits after the parties meet and confer on the admissibility of the exhibits, I will conduct the meeting on exhibits by telephone. By no later than March 4, 2024, at 5:00 p.m. Eastern Time, the parties should provide the court with a list of the exhibits that remain in dispute, a copy of digital versions of each of those exhibits, and the basis for any objection or objections to each of those exhibits.

If there are any remaining disputes about deposition designations after the parties meet and confer on their respective designations and counter designations, the disputes over the designations will be handled in the same manner as the disputes over exhibits. Any disputes over designations and counter-designations will be added to the disputes over exhibits and will be resolved either at the meeting on exhibits on March 11, 2024, or during the telephonic conference in the event that the total number of disputes over exhibits and deposition designations is less than 25.

With these procedures and dates in mind, the following schedule for pretrial exchanges is adopted:

| Pretrial Item | Date |
|---|---|
| Plaintiff provides draft of Pretrial Order (with sections under L.R. 16.3(c)(1-13)), including any affirmative Deposition Designations for witnesses to be called by deposition and Plaintiff's Exhibit List.<br><br>Plaintiff also provides drafts of *Voir Dire*, Verdict Form, Preliminary Jury Instructions, Final Jury Instructions | February 1, 2024 |
| Defendant provides affirmative Deposition Designations for witnesses to be called by deposition; any objections to Plaintiff's affirmative Deposition Designations; and any Deposition Counter-Designations | February 8, 2024 |
| Parties Exchange Lists of Potential Motions *In Limine* | February 12, 2024 |
| Parties Meet and Confer to Narrow Issues Regarding Motions *In Limine* | February 14, 2024 |

| | |
|---|---|
| Defendant provides redlined drafts of Pretrial Order (with sections under L.R. 16.3(c)(1-13)), including any Objections to Plaintiff's Exhibit List, and Defendant's Exhibit List (including identification of Joint Exhibits)<br><br>Defendant also provides redlined drafts of *Voir Dire*, Verdict Form, Preliminary Jury Instructions, Final Jury Instructions.<br><br>Plaintiff provides Objections to Defendant's affirmative Deposition Designations, and provides any Counter-Counter Designations in response to Defendant's Counter-Designations | February 15, 2024 |
| Parties exchange Motions *In Limine*.<br><br>Defendant provides Objections to Plaintiff's Counter-Counter Designations and provides any Counter-Counter Designations in response to Plaintiff's Counter-Counter Designations | February 19, 2023 |
| Plaintiff provides any Objections to Defendant's Exhibit List and to Defendant's Counter-Counter Designations | February 26, 2024 |
| Parties meet and confer to reduce the number of disputes over exhibits as much as possible. | February 29, 2024 |

4

| | |
|---|---|
| Parties provide court with list of exhibits and electronic copies of all exhibits each party intends to offer at trial that are still objected to at that time and exchange Motions *In Limine* Responses | March 4, 2024 |
| Parties Meet and Confer Regarding Pretrial Order, Jury Instructions, Proposed *Voir Dire*, and Special Verdict Form | March 6, 2024 |
| Court conducts an Off-the-record meeting (in chambers if there are more than 25 remaining disputes over admissibility of trial exhibits and deposition designations; otherwise by Zoom) | March 11, 2024 |
| Parties exchange Motion *In Limine* Replies | March 12, 2024 |
| File Final Pretrial Order | March 11, 2024 (fourth business day before Pretrial Conference) |
| File Preliminary and Proposed Jury Instructions, *Voir Dire*, and Verdict Form | March 11, 2024 (fourth business day before Pretrial Conference) |

| | |
|---|---|
| Parties exchange final stamped PDF copies of exhibits | March 13, 2024 |
| Pretrial Conference | March 15, 2024, at 2:00 p.m. Eastern Time |
| Trial | April 8, 2024 – April 12, 2024 |

SIGNED this 10th day of January, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE