IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESCO GROUP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1679-WCB |
| | ) | |
| DEERE & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION REGARDING A1 SALES

ESCO Group LLC ("ESCO") and Deere & Company ("Deere"), by and through their respective counsel, hereby stipulate and agree that Deere will not seek to use sales of its "A1" product to reduce the royalty base for any reasonable royalty award on sales through the end of trial or to reduce the total sales of accused products for any lost profits award through the end of trial. Deere reserves the right to introduce admissible evidence of sales of its "A1" product and use evidence of such sales for any other purpose, including but not limited to rebutting ESCO's entitlement to lost profits, establishing an appropriate royalty rate, and addressing any post-trial damages or other relief. ESCO reserves all objections to such uses.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Michelle C. Streifthau-Livizos* |
| Karen E. Keller (No. 4489) | James D. Taylor, Jr. (No. 4009) |
| Nathan R. Hoeschen (No. 6232) | Michelle C. Streifthau-Livizos (No. 6584) |
| SHAW KELLER LLP | SAUL EWING LLP |
| I.M. Pei Building | 1201 N. Market Street, Suite 2300 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 421-6800 |
| (302) 298-0700 | james.taylor@saul.com |
| kkeller@shawkeller.com | michelle.streifthau-livizos@saul.com |
| nhoeschen@shawkeller.com | *Counsel for Defendant Deere & Company* |
| *Counsel for Plaintiff ESCO Group LLC* | |

Dated: March 4, 2024