## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESCO GROUP LLC,<br><br>           Plaintiff,<br><br>v.<br><br>DEERE & COMPANY,<br><br>           Defendant. | C.A. No. 1:20-1679-WCB |

**STIPULATION DISMISSING CERTAIN COUNTERCLAIMS
RELATING TO U.S. PATENT NO. 8,844,175 WITHOUT PREJUDICE**

ESCO Group LLC ("ESCO") and Deere & Company ("Deere") (collectively, "the parties"), by and through their respective counsel, stipulate and agree that Deere's counterclaim for declaratory judgment of invalidity, under 35 U.S.C. §§ 102, 103 (D.I. 15, at 7-8, Third Claim for Relief), and Deere's counterclaim for declaratory judgment of non-infringement (*id*., at 8-9, Fourth Claim for Relief), both of which relate to U.S. Patent No. 8,844,175 ("the '175 Patent"), are hereby dismissed without prejudice. The parties stipulate and agree that Deere shall retain its right to assert the identified counterclaims and all defenses related to the '175 Patent in the event that an appeal of the Court's summary judgment of non-infringement regarding the '175 Patent (D.I. 281) results in a remand for trial regarding infringement of the '175 Patent.[1]

---

[1] This stipulation does not extend to or include Deere's counterclaims or defenses for invalidity of the '175 Patent, under 35 U.S.C. § 112. The Court granted summary judgment in ESCO's favor on each of Deere's § 112 claims (D.I. 281).

| | |
|---|---|
| */s/ Emily S. DiBenedetto* | */s/ Michelle C. Streifthau-Livizos* |
| Karen E. Keller (No. 4489) | James D. Taylor, Jr. (No. 4009) |
| Nathan R. Hoeschen (No. 6232) | Michelle C. Streifthau-Livizos (No. 6584) |
| Emily S. DiBenedetto (No. 6779) | SAUL EWING LLP |
| SHAW KELLER LLP | 1201 N. Market Street, Suite 2300 |
| I.M. Pei Building | Wilmington, DE 19801 |
| 1105 North Market Street, 12th Floor | (302) 421-6800 |
| Wilmington, DE 19801 | james.taylor@saul.com |
| (302) 298-0700 | michelle.streifthau-livizos@saul.com |
| kkeller@shawkeller.com | |
| nhoeschen@shawkeller.com | |
| edibenedetto@shawkeller.com | |
| | |
| Counsel for Plaintiff ESCO Group LLC | Counsel for Defendant Deere & Company |

Dated: March 12, 2024